# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSE ANDERSON,
                Appellant,

vs.

CONNIE S. BISBEE,
                Respondent.

No. 72146

**FILED**

FEB 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a petition to empanel a grand jury. First Judicial District Court, Carson City; James Todd Russell, Judge.

Our preliminary review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) reveals a potential jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule permits an appeal from an order denying a petition to empanel a grand jury. Rather, parties seeking to challenge such orders in this court must do so by filing a petition for extraordinary relief in this court. *See*

NRS 6.140 (noting the proper procedure is to "apply" to the appellate court). Because we conclude that we lack jurisdiction, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. James Todd Russell, District Judge
Jesse Anderson
Attorney General/Carson City
Carson City Clerk